UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00470-RJC-DSC

| | |
|---|---|
| CASCADE CAPITAL, LLC and<br>CASCADE CAPITAL, LLC –<br>SERIES A,<br><br>   Plaintiffs,<br><br>  v.<br><br>DRS PROCESSING LLC d/b/a<br>MILLER STARK KLEIN &<br>ASSOCIATES<br><br>   Defendant. | ORDER |

**THIS MATTER** comes before the Court on the parties' Joint Status Report, (Doc. No. 37), regarding the progress of DSR Processing LLC dba Miller Stark Klein & Associates and its owner Darryl Miller (collectively, "Defendant") to purge contempt, (see Doc. No. 30: Contempt Order). At the conclusion of the report, Cascade Capital, LLC and Cascade Capital, LLC – Series A's ("Plaintiffs") request additional time for the parties to identify and attempt to obtain all relevant documents and thereafter to file appropriate pleadings. (Doc. No. 37: Motion at 8).

**IT IS, THEREFORE, ORDERED** that:

1. The execution of previously imposed contempt sanctions continues to be suspended;

2. The deadline for DRS and Miller to purge their contempt is no later than November 15, 2018; and

1

3. Plaintiffs may file submissions as to damages, attorney's fees, and any additional sanctions it seeks as to alleged spoliation, failure to comply otherwise with the Judgment, and/or failure to purge its contempt on or before December 15, 2018.

The Clerk is directed to certify copies of this Order to Plaintiffs, Defendant, and the United States Marshal Service.

Signed: November 5, 2018

*[signature]*

Robert J. Conrad, Jr.
United States District Judge